WHIPPLE *v*. MICHIGAN CENTRAL RAILROAD CO.

CARRIERS—INJURIES TO PASSENGERS — NEGLIGENCE—SUFFICIENCY OF EVIDENCE.

This case, involving the sufficiency of the evidence in an action against a carrier for negligent personal injuries sustained by a passenger, is ruled by *Whipple* v. *Railroad Co.*, ante, 41, involving the same facts.

Error to Monroe; Lockwood, J. Submitted October 5, 1905. (Docket No. 9.) Decided February 26, 1906.

Case by Sarah O. Whipple against the Michigan Central Railroad Company for personal injuries. There was judgment, for plaintiff, and defendant brings error. Affirmed.

*C. A. Golden* and *George E. Tegart* (*Henry Russel* and *O. E. Butterfield*, of counsel), for appellant.

*Edward R. Gilday* and *Willis Baldwin*, for appellee.

MONTGOMERY, J. This case grows out of the same catastrophe that was considered in the case of Sarah A. Whipple against the same defendant, decided herewith. [Ante, 41.] The case presents the first two questions considered in the opinion in its companion case. The case was submitted to the jury and a verdict rendered for the plaintiff. No error is discovered and the judgment is affirmed.

CARPENTER, C. J., and GRANT, HOOKER, and MOORE, JJ., concurred.